IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Reid, Michael A | Case Number: 07 B 14352 |
| | Judge: Hollis, Pamela S |
| Printed: 2/26/08 | Filed: 8/9/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 17, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,539.20 | |
| Secured: | | 1,346.34 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,055.74 |
| Trustee Fee: | | 137.12 |
| Other Funds: | | 0.00 |
| Totals: | 2,539.20 | 2,539.20 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Patrick A Meszaros | Administrative | 2,784.00 | 1,055.74 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Secured | 9,821.14 | 0.00 |
| 4. | Wells Fargo Auto Finance | Secured | 21,000.00 | 1,346.34 |
| 5. | America's Servicing Co | Secured | 18,233.54 | 0.00 |
| 6. | Internal Revenue Service | Priority | 3,883.48 | 0.00 |
| 7. | Illinois Dept Of Healthcare And Family | Unsecured | 0.00 | 0.00 |
| 8. | RMI/MCSI | Unsecured | 627.00 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 144.94 | 0.00 |
| 10. | St Margaret Mercy Hospital | Unsecured | 1,174.44 | 0.00 |
| 11. | ACC Consumer Finance | Unsecured | 3,036.60 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 930.67 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 197.98 | 0.00 |
| 14. | Aspire Visa | Unsecured | 196.94 | 0.00 |
| 15. | Wells Fargo Auto Finance | Unsecured | 2,009.91 | 0.00 |
| 16. | Munster Radiology Group | Unsecured | 30.67 | 0.00 |
| 17. | Patients 1st ER Med Consult PC | Unsecured | 104.29 | 0.00 |
| 18. | Munster Med, Research Fountain | Unsecured | 891.73 | 0.00 |
| 19. | RoundUp Funding LLC | Unsecured | 102.47 | 0.00 |
| 20. | Associated Pathologists | Unsecured | 8.17 | 0.00 |
| 21. | Providian Bank | Unsecured | 123.39 | 0.00 |
| 22. | Commonwealth Edison | Unsecured | 78.36 | 0.00 |
| 23. | Arnold Scott Harris PC | Unsecured | | No Claim Filed |
| 24. | Associated St James Radiologis | Unsecured | | No Claim Filed |
| 25. | Collection Company Of America | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Reid, Michael A | Case Number: 07 B 14352 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 2/26/08 | Filed: 8/9/07 |

| | | | |
|---|---|---|---|
| 26. | Creditors Collection Bur | Unsecured | No Claim Filed |
| 27. | Dependon Collections Service | Unsecured | No Claim Filed |
| 28. | Emergency Care Health Organization | Unsecured | No Claim Filed |
| 29. | Account Recovery Service | Unsecured | No Claim Filed |
| 30. | Community Hospital | Unsecured | No Claim Filed |
| 31. | Illinois Collection Service | Unsecured | No Claim Filed |
| 32. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |
| 33. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |
| 34. | St James Hospital | Unsecured | No Claim Filed |
| 35. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |
| 36. | T Mobile USA | Unsecured | No Claim Filed |
| 37. | The Bureau Inc | Unsecured | No Claim Filed |
| 38. | Spangler, Jennings, Doucherty | Unsecured | No Claim Filed |
| 39. | Custom Auto Credit Sales | Unsecured | No Claim Filed |
| 40. | TCF Bank | Unsecured | No Claim Filed |
| 41. | Friedman & Wexler LLC | Unsecured | No Claim Filed |
| | | _____ | _____ |
| | | $ 65,379.72 | $ 2,402.08 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 137.12 |
| | _____ |
| | $ 137.12 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

